FILED: February 9, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2137
(8:15-cv-00442-DKC)
_____

VANITA TAYLOR; PAMELA GRAY

  Plaintiffs - Appellants

v.

SANTANDER CONSUMER USA, INC.

  Defendant - Appellee

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 02/29/2016

Opening brief due: 02/29/2016

Response brief due: 04/11/2016

Any reply brief: 14 days from service of response brief.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk